08-00456 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches,
Plaintiff

V.

Natalie Portman a/b/a The other Boleyn Girl,
Defendant

Civil No:                    55.0

Complaint

Comes now Plaintiff Jonathan Lee Riches moves under 42 usc 1983. Portman is sending
Star war creatures in my mind, Luke is using the force Against me. She masterminds my
Solitary confinement at FCI williamsburg, this is unconstitutional. I'm injured. I seek $12 million

Respectfully
Submitted

Jonathan Lee Riches